NO. CAAP-13-0003017

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

PAMELA J. ALMADOVA, Claimant-Appellant, v. MTW HEALTH RESOURCES, INC., Employer-Appellee, and HAWAII EMPLOYERS' MUTUAL INSURANCE COMPANY, INC., Insurance Carrier-Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD (CASE NO. AB 2012-141(K) (4-09-00905))

ORDER OF DISMISSAL
(By: Nakamura, Chief Judge, Fujise and Leonard, JJ.)

Upon review of the record, it appears that:

(1) on August 23, 2013, Claimant-Appellant Pamela J. Almodova, pro se (Appellant) filed a notice of appeal;

(2) the record on appeal was filed on October 17, 2013, and the appellate clerk informed Appellant that the opening brief was due on November 26, 2013;

(3) Appellant thereafter sought and obtained three extensions to file the opening brief, with the last extension extending the due date of the opening brief to February 26, 2014;

(3) Appellant did not file the opening brief on February 26, 2014 as due;

(4) on February 28, 2014, the appellate clerk informed Appellant that:

(a) the time for filing the opening brief had expired;

(b) pursuant to Rule 30 of the Hawai‘i Rules of Appellate Procedure, the matter would be called to the attention

of the court on March 10, 2014 for such action as the court deems proper; and

(c) the appeal may be dismissed; and

(5) thereafter, Appellant did not file the opening brief or respond to the notice of default. Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, May 2, 2014.

Chief Judge

Associate Judge

Associate Judge

2